UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

BARBARA RUMAIN,

                     Plaintiff,

    -against-

QUALIS, INC., also known as Bio Sentry
Laboratories, and PERRIGO COMPANY,

                     Defendants.

-------------------------------------------------------X

**ORDER**
**07 CV 2486 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a discovery conference by telephone on December 23, 2009. The Court extended the deadline for the parties to complete discovery to March 21, 2010. This extension is final. Plaintiff shall attend her deposition on January 21, 2010 at the time and place noticed by defendants. Plaintiff is warned that this is a Court Order and she must comply. Plaintiff represented to the Court that her husband will attend his deposition on January 25, 2010. Defendants shall amend their responses to plaintiff's discovery requests as directed by the Court during the conference. Plaintiff stated that she intends to subpoena non-parties and the Court referred her to applicable rules. If defendants intend to file a motion for summary judgment, defendants' counsel shall write to Judge Townes by April 1, 2010 stating the basis for the motion and proposing a briefing schedule.

SO ORDERED:

                                                 LOIS BLOOM
                                                 United States Magistrate Judge

Dated: December 23, 2009
        Brooklyn, New York