UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BARBARA RUMAIN,

                          Plaintiff,

     -against-

QUALIS, INC., also known as Bio Sentry
Laboratories, and PERRIGO COMPANY,

                         Defendants.
----------------------------------------------------------X

**ORDER**
**07 CV 2486 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

     The Court has again received a flurry of letters from the parties, see docket entries 59, 60, 61, despite the Court's explicit instruction that they must make a good faith effort to resolve their discovery disputes with one another before writing to the Court. See docket entries 43, 58. The Court is unpersuaded that the parties have made a good faith effort to resolve their discovery disputes and the Court will not entertain further letters until the parties do demonstrate that despite their diligent efforts, they are unable to resolve the dispute. By Order dated December 28, 2009, the Court extended the deadline for the parties to complete discovery to March 21, 2010. See docket entry 53. As this extension is final, plaintiff shall hold the depositions she is seeking prior to the deadline. Defendants' counsel shall make every effort to assist plaintiff in scheduling the depositions.

SO ORDERED:

                                           LOIS BLOOM
                                           United States Magistrate Judge

Dated: February 22, 2010
       Brooklyn, New York

